**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10297
**Invoice Date:** 6/29/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 5/21/2013 | Meet to review financial situation; review options and make recommendations; review pacer information; make notes and plans for follow up; discuss fee and disclosures<br>One hour--No charge for first half-hour | 0.5 | 250.00 | 125.00 |
| SMG | 5/23/2013 | Review documents and websites to prepare schedules and plan, meet to review and revise; file case and pay fee; review obligations going forward; prepare payment instructions; prepare and file motion to extend stay -set for hearing | 8.25 | 250.00 | 2,062.50 |
| Costs | 5/23/2013 | Cost Incurred--Filing Fee | | 281.00 | 281.00 |
| Costs | 5/23/2013 | Cost Incurred--Vendor Payments Credit briefing and financial management | | 38.00 | 38.00 |
| SMG | 5/25/2013 | Prepare fax to Sheriff Sale and also counsel for creditor; call Ms. Loy to discuss follow up procedures | 0.25 | 250.00 | 62.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 1

13-13755-aih    Doc 39-1    FILED 11/06/13    ENTERED 11/06/13 11:52:21    Page 1 of 5

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10297
**Invoice Date:** 6/29/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 6/3/2013 | Work on post filing events; review objection to motion to extend; correspond with Ms. Loy regarding issues and recommendations; forward tax returns and file rights and responsibilities;prepare file for meeting of creditors | 1.1 | 250.00 | 275.00 |
| SMG | 6/6/2013 | Conference with Ms. Loy to follow up on my prior e-mails regarding follow up issues; also discuss documents from trustee; she will fax for my review | 0.2 | 250.00 | 50.00 |
| SMG | 6/7/2013 | Follow up on telephone call yesterday from Ms. Loy; Review inquiry from trustee; review schedules; attempt to reach by telephone; letter to trustee | 0.5 | 250.00 | 125.00 |
| SMG | 6/11/2013 | Telephone conference with Ms. Loy to work on response to motion by creditor for relief from stay Changes; Make complete notes of all details for reference in preparation of reply to opposition by Plymouth Park to Motion to Extend Stay | 0.27 | 250.00 | 67.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 2

13-13755-aih    Doc 39-1    FILED 11/06/13    ENTERED 11/06/13 11:52:21    Page 2 of 5

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10297
**Invoice Date:** 6/29/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 6/11/2013 | Review motion for relief from stay; review law regarding in rem relief; review payment history in prior bankruptcies | 0.25 | 250.00 | 62.50 |
| SMG | 6/17/2013 | Conference by phone with Ms. Loy; review pending motions and notes; prepare for her review declaration of Ms. Loy | 1.6 | 250.00 | 400.00 |
| SMG | 6/18/2013 | Review e-mail from court; contact counsel for Plymouth Park to discuss settlement; review issues and plan for follow up; call to Ms Loy to get declaration and additional documentation | 0.1 | 250.00 | 25.00 |
| SMG | 6/18/2013 | Further conference with Ms Loy regarding pending motions and documents and steps to settle the pending issues | 0.1 | 250.00 | 25.00 |
| MBR | 6/19/2013 | Meeting of Creditors--Represent at meeting and prepare notes for follow up | 0.2 | 250.00 | 50.00 |
| SMG | 6/19/2013 | Legal research to prepare reply to objection to motion to continue stay and to prepare response in opposition to motion for relief from stay; prepare and file pleadings | 3.5 | 250.00 | 875.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 3

13-13755-aih    Doc 39-1    FILED 11/06/13    ENTERED 11/06/13 11:52:21    Page 3 of 5

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10297
**Invoice Date:** 6/29/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  | 6/19/2013 | Cost Incurred--Postage to Serve Reply and Response to Motion for Relief from Stay |  | 18.48 | 18.48 |
| SMG | 6/19/2013 | Cost Incurred--Copy Costs |  | 11.90 | 11.90 |
| SMG | 6/20/2013 | Represent at Hearing on motion to extend stay; conference with counsel to fashion resolution | 1 | 250.00 | 250.00 |
|  | 6/20/2013 | Cost Incurred--Parking for hearing |  | 10.00 | 10.00 |
| SMG | 6/20/2013 | Called Ms. Loy to report on outcome of hearing and plan for follow up | 0.1 | 250.00 | 25.00 |
| SMG | 6/22/2013 | Review correspondence from trustee-prepare response | 0.1 | 250.00 | 25.00 |
| SMG | 6/29/2013 | Reviewed court docket and fiscal office site to begin work on complaint to determine interest in real estate; fiscal office website does not provide images-will check on Monday; analyze what data is available and make notes for follow up | 0.94 | 250.00 | 235.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10297
Invoice Date: 6/29/2013

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* <br> I reviewed this invoice and I consent to the payment of these fees. <br><br> _____[signature]_____ <br> Signature <br><br> _____7/20/2013_____ <br> Date <br><br> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $5,099.38 |
| **Payments/Credits** | $-3,200.00 |
| **Balance Due** | $1,899.38 |