**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10327
**Invoice Date:** 11/6/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 7/10/2013 | Review pleadings and EPIQ to prepare for hearing; call Ms. Loy to discuss potential settlement issues; conference with counsel for moving party; moving party not interested in settlement - | 0.25 | 250.00 | 62.50 |
| SMG | 7/11/2013 | Conference with Ms Loy regarding issues in pending hearing and also regarding follow up issues in the proceeding - | 0.25 | 250.00 | 62.50 |
| SMG | 7/11/2013 | Represent at hearing on Motion for Relief from Stay; telephone conference to report outcome and plan for follow up - | 0.75 | 250.00 | 187.50 |
| Costs | 7/11/2013 | Costs--Parking for hearing  2.00 - | | 2.00 | 2.00 |
| SMG | 7/18/2013 | Review objection by trustee; revise plan; review documents related to creditor issues; leave message for Ms. Loy to call - | 1.23333 | 250.00 | 308.33 |
| SMG | 7/20/2013 | Review objection by trustee; review claims in prior cases; review documents provided by Ms. Loy; prepare modified plan and motion and notice; several conferences by telephone with Ms. Loy to clarify issues and make decisions - | 2.66667 | 250.00 | 666.67 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #   (440) 331-3949
Fax:         (440) 331-8160
E-Mail     smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

13-13755-aih    Doc 39-2    FILED 11/06/13    ENTERED 11/06/13 11:52:21    Page 1 of 4

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10327
**Invoice Date:** 11/6/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 7/22/2013 | Review documents from Ms. Loy; prepare and file amended schedules and plan and motion and notice; prepare e-mail to trustee to explain position taken in plan | 0.25 | 250.00 | 62.50 |
| Costs | 7/22/2013 | Costs Postage 17.16 | | 17.16 | 17.16 |
| Costs | 7/22/2013 | Costs-Copies $20.80 | | 20.80 | 20.80 |
| SMG | 8/29/2013 | Represent at hearing on plan confirmation and on motion for relief from stay filed by creditor; conference with counsel for creditor and trustee | 0.5 | 250.00 | 125.00 |
| Costs | 8/29/2013 | Costs: Parking 3.25 | | 3.25 | 3.25 |
| SMG | 8/29/2013 | Review and respond to post-hearing settlement offer; call to Ms. Loy to discuss; review documents to compare numbers | 0.25 | 250.00 | 62.50 |
| SMG | 8/30/2013 | Discussion of options with Ms. Loy | 0.25 | 250.00 | 62.50 |
| SMG | 9/16/2013 | Review proposed resolution from Mr. Paris; review notes of conversation with Ms. Loy and also claim by creditor; send refinement to proposed resolution | 0.13333 | 250.00 | 33.33 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #   (440) 331-3949
Fax:          (440) 331-8160
E-Mail     smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 2

13-13755-aih    Doc 39-2    FILED 11/06/13    ENTERED 11/06/13 11:52:21    Page 2 of 4

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10327
**Invoice Date:** 11/6/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 9/16/2013 | Review response from counsel for tax creditor--review referenced statutes regarding application of payments; send a number of inquiries based on review of the statute - | 1.16667 | 250.00 | 291.67 |
| SMG | 9/18/2013 | Review magistrate's decision; check website of recorder's office to view certificates; conference with prosecutor to discuss specific certificates and determine term; second review of statute - | 0.73333 | 250.00 | 183.33 |
| SMG | 9/19/2013 | Telephone conference with office of prosecutor to review and interpret certificates - | 0.5 | 250.00 | 125.00 |
| SMG | 9/20/2013 | Review claims - | 0.16667 | 250.00 | 41.67 |
| SMG | 9/21/2013 | Review claims register; review trustee website; review plan--review pacer to confirm status regarding confirmation; send report and inquiry to Ms. Loy by e-mail - | 0.5 | 250.00 | 125.00 |
| SMG | 10/2/2013 | Review and revise proposed agreed order; review docket and file; send revisions to counsel - | 0.25 | 250.00 | 62.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210  
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10327  
**Invoice Date:** 11/6/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy  
4512 West 172  
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 10/9/2013 | Correspondence with Trustee regarding plan confirmation; review docket to see all objections resolved; check trustee website; call to Ms. Loy to leave message  -  * * * * * * * * * * * * * * * * * * * * *  I reviewed this invoice and I consent to the payment of these fees.  _____  Signature  _____  Date  * * * * * * * * * * * * * * * * * * * * * | 0.25 | 250.00 | 62.50  0.00 |

Attorneys: SMG, JNB, MBR, JEM  
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #  (440) 331-3949  
Fax:     (440) 331-8160  
E-Mail   smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $2,568.21 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,568.21 |

Page 4

13-13755-aih    Doc 39-2    FILED 11/06/13    ENTERED 11/06/13 11:52:21    Page 4 of 4