The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 4, 2015, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 4, 2015**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:   Sherry A. Loy ) Case Number: 13-13755
) Chapter 13 Proceedings
Debtor ) Judge Arthur I. Harris

**AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE WITH SANCTIONS**

This matter came before this Honorable Court on May 7, 2015 upon Trustee's Motion to Dismiss Case with Sanctions (the "Motion") and Debtor's response thereto.

By consent of the parties herein, by and through their undersigned counsel, this Court hereby finds as follows:

**THAT** the parties are prepared to enter into an agreed order resolving the Motion.

**IT IS, THEREFORE ORDERED** that Debtor's Chapter 13 Plan (the "Plan") funding shall be deemed current through May 2015.

**IT IS FURTHER ORDERED** beginning June 2015; Debtor shall tender regular, monthly Plan payments in the amount of seven hundred forty-one and 80/100 dollars ($741.80) to Trustee.

**IT IS FURTHER ORDERED** that failure of Debtor to tender the payments as required herein shall constitute default.

**IT IS FURTHER ORDERED** that upon existence of a default, Trustee shall send Debtor and counsel for Debtor a twenty (20) day notice of Trustee's intent to file an affidavit and proposed order dismissing the case with the imposition of a one hundred eighty (180) day prohibition on Debtor against re-filing for relief under any chapter, provision, or section of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that if the default is not cured within that twenty (20) day period, then upon the filing of an affidavit by Trustee attesting to the default of Debtor, an order shall be entered without further hearing dismissing the case with the imposition of a one hundred eighty (180) day prohibition on Debtor against re-filing for relief under any chapter, provision, or section of the Bankruptcy Code.

Agreed and Submitted by:

| | |
|---|---|
| /S/ Philip D. Lamos | /S/ Susan M. Gray |
| PHILIP D. LAMOS (#0066844) | SUSAN M. GRAY (#0062356) |
| Attorney for Craig Shopneck, | Attorney for Debtor |
| Chapter 13 Trustee | Amtrust Bank Building, Suite 210 |
| 200 Public Square, Suite 3860 | 22255 Center Ridge Road |
| Cleveland, OH 44114-2321 | Rocky River, OH 44116 |
| Telephone: (216) 621-4268 | Telephone: (440) 331-3949 |
| Facsimile: (216) 621-4806 | Facsimile: (440) 331-8160 |
| Email: Ch13shopneck@ch13cleve.com | Email: smgray@smgraylaw.com |

### SERVICE LIST

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Craig Shopneck, Chapter 13 Trustee, at ch13shopneck@ch13cleve.com
    Susan M. Gray, on behalf of Sherry A. Loy, Debtor, at ecf@smgraylaw.com

And by regular U.S. mail, postage prepaid, on:

    Sherry A. Loy, Debtor at 4512 West 172nd Street, Cleveland, OH 44135

###