# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period January 1, 2015 through December 31, 2015

Case No: 13-13755-aih              Filed: May 23, 2013

Debtor:   SHERRY LOY
          4512 W 172ND ST

          CLEVELAND, OH  44135

Attorney: SUSAN M GRAY                Required Plan Payment:    $741.80 MONTHLY
          (440) 331-3949

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 18,527.46 |
| Disbursements: | | |
|     Principal | 14,770.32 | |
|     Interest | 2,877.23 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 879.91 | |
| | | 18,527.46 |
| Funds on Hand: | 0.00 | |
| | | 18,527.46 |

CASE NO: 13-13755-aih
DEBTOR: SHERRY A LOY

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mar 17, 2015 | 500.00 | Mar 17, 2015 | 152.46 | Mar 17, 2015 | 500.00 | Mar 17, 2015 | 500.00 | Mar 17, 2015 | 500.00 |
| Mar 17, 2015 | 500.00 | May 04, 2015 | 500.00 | May 04, 2015 | 245.00 | Jul 16, 2015 | 745.00 | Oct 01, 2015 | 700.00 |
| Oct 01, 2015 | 1,000.00 | Oct 01, 2015 | 1,000.00 | Oct 01, 2015 | 1,000.00 | Oct 01, 2015 | 3.00 | Dec 11, 2015 | 250.00 |
| Dec 11, 2015 | 1,000.00 | Dec 11, 2015 | 1,000.00 | | | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | QUANTUM3 GROUP LLC | 7444 | Unsecured | .00 | .00 |
| 002 | QUANTUM3 GROUP LLC | 0011 | Unsecured | .00 | .00 |
| 003 | QUANTUM3 GROUP LLC | 0119 | Unsecured | .00 | .00 |
| 004 | QUANTUM3 GROUP LLC | 6542 | Unsecured | .00 | .00 |
| 005 | CAVALRY SPV I LLC | 3029 | Unsecured | .00 | .00 |
| 006 | RJM ACQUISITIONS LLC | 4590 | Unsecured | .00 | .00 |
| 007 | PROPEL FINANCIAL SERVICES LLC | 6889 | Secured | 2,225.05 | 503.92 |
| 007A | PROPEL FINANCIAL SERVICES LLC | 6889 | Secured | .00 | .00 |
| 007NA | PROPEL FINANCIAL SERVICES LLC | 6889 | Unsecured | .00 | .00 |
| 008 | JEFFERSON CAPITAL SYSTEMS LLC | 6923 | Unsecured | .00 | .00 |
| 009 | CUYAHOGA COUNTY TREASURERS OFFICE | ####2038 | Secured | 212.53 | .00 |
| 010 | CUYAHOGA COUNTY TREASURERS OFFICE | ####1410 | Secured | 162.57 | .00 |
| 011 | GOLDEN OAKS CONDOMINIUM OWNERS | 5001 | Secured | 4,893.29 | 1,644.83 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES LLC | 1038 | Unsecured | .00 | .00 |
| 013 | CITY OF CLEVELAND | ####0000 | Unsecured | .00 | .00 |
| 014 | ATTORNEY GENERAL OF STATE OF OHIO | 0465 | Priority | .00 | .00 |
| 014A | ATTORNEY GENERAL OF STATE OF OHIO | ####7363 | Unsecured | .00 | .00 |
| 014NA | OHIO DEPARTMENT OF TAXATION | | Unsecured | .00 | .00 |
| 799 | SUSAN M GRAY | | Attorney Fees | .00 | .00 |
| | WOODS COVE II LLC | ####2038 | Secured | .00 | .00 |
| | OCWEN LOAN SERVICING | | Unsecured | .00 | .00 |
| | PALISADES COLLECTIONS LLC | | Unsecured | .00 | .00 |
| | ATTORNEY GENERAL STATE OF OHIO | ####6168 | Unsecured | .00 | .00 |
| | OHIO BELL TELEPHONE COMPANY | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 7,493.44 | 2,148.75 |