**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10339
**Invoice Date:** 4/1/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 4/1/2014 | Legal Fees and Costs 3/1/14 through 3/31/14; Billing Folder 3 | | 167.99 | 167.99 |
| | | | | | 0.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
I reviewed this invoice and I consent to the payment of these fees.

_____
Signature

_____
Date

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| Total | $167.99 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $167.99 |


# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

Date Range: 3/1/2014 - 3/31/2014

| Contact | | Ms. Sherry Loy | | |
|---|---|---|---|---|
| **Result** | **Date** | **Time** | **Duration** | **Regarding & Details** |


# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 3/1/2014 - 3/31/2014

To-do Done 3/27/2014 10:30 AM 25 minutes



# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

---

Date Range: 3/1/2014 - 3/31/2014

Review and respond to message by e-mail; review EPIQ and send evidence that four money orders were received

Sherry Loy [<mailto:sannloy@hotmail.com>]
**Sent:** Wednesday, March 26, 2014 10:08 PM
**To:** Susan Gray
**Subject:** RE: Pending Motion

Hi Susan,

---



# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

Date Range:   3/1/2014 - 3/31/2014

| | | | | |
|---|---|---|---|---|
| Incurred | 3/24/2014 | 5:29 PM | 0 minutes | Costs postage .49 |
| To-do Done | 3/24/2014 | 5:27 PM | 15 minutes | Review trustee motion to dismiss; review trustee website to determine amount due; call Ms Loy and send letter with inquiry |

**Total time**   40 minute(s)