**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10379
**Invoice Date:** 5/1/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 5/1/2014 | Costs and fees 4/1/14-4/31/14--Billing folder 4 | | 293.14 | 293.14 |
| | | * * * * * * * * * * * * * * * * * * * * <br> I reviewed this invoice and I consent to the payment of these fees. <br><br> _____ <br> Signature <br><br> _____ <br> Date <br><br> * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #  (440) 331-3949
Fax:     (440) 331-8160
E-Mail   smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $293.14 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $293.14 |

# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

Date Range:   4/1/2014 - 4/30/2014     Susan M. Gray

**Contact**        Ms. Sherry Loy

| Result | Date | Time | Duration | Regarding & Details |
|---|---|---|---|---|
| Meeting Held | 4/24/2014 | 1:00 PM | 5 minutes | Hearing on Motion to Dismiss for Failure to Fund Plan--Review docket; motion to dismiss withdrawn so no need to appear |
| Call Completed | 4/23/2014 | 1:00 PM | 30 minutes | Telephone meeting, Ms. Loy will call. She will email you information in advance. **Reviewed information from Ms. Loy and discussed with her by telephone; review website in connection with issues raised by Ms. Loy; plan for follow up with trustee** |
| To-do Done | 4/22/2014 | 1:07 PM | 15 minutes | Reviewed trustee website, docket and file to prepare for conference regarding funding; no call so I called; no message as apparently no answering machine **Trustee website shows four payments, two for 721 and two for 745. The 4,500 check mailed 4/15/14 has not yet posted.  Confirmed with plan that trustee states correct monthly payment amount** |
| Incurred | 4/21/2014 | 12:16 PM | 0 minutes | Costs: .69 postage (billing) |
| To-do Done | 4/17/2014 | 6:29 PM | 15 minutes | Deadline to object to trustee's motion to dismiss case for failure to fund plan--Prepare and file response |

**Total time**   1 hour(s) 5 minute(s)



# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

---

**Date Range:** 4/1/2014 - 4/30/2014   Erin Carek

| Contact | Ms. Sherry Loy | | | |
|---|---|---|---|---|
| **Result** | **Date** | **Time** | **Duration** | **Regarding & Details** |
| Incurred | 4/23/2014 | 2:32 PM | 0 minutes | Costs: .96 postage<br>Postage for correspondence sent to Ms. Loy and Trustee regarding accounting issues = 2 letters @ .48 each. |
| To-do Done | 4/23/2014 | 2:31 PM | 2 minutes | Finalize correspondence to Ms. Loy and Trustee regarding accounting issues |
| To-do Done | 4/15/2014 | 12:34 PM | 15 minutes | Prepare correspondence with check and mailed to Trustee |
| Incurred | 4/15/2014 | 12:34 PM | 0 minutes | Costs: .49 Postage<br>Postage for letter and check mailed to Trustee's office |
| Recorded | 4/11/2014 | 11:30 AM | 0 minutes | Ms. Loy stopped in to remit check for Trustee. Paid $4500. Believes the balance owed to be in error. Set up a phone meeting to discuss this issue. |

**Total time**   17 minute(s)

---