**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10427
**Invoice Date:** 6/1/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 6/1/2014 | Costs and fees 5/1/14-5/31/14--Billing folder 5 | | 68.19 | 68.19 |
| | | * * * * * * * * * * * * * * * * * * * * *  I reviewed this invoice and I consent to the payment of these fees. _____ Signature  _____ Date  * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #   (440) 331-3949
Fax:          (440) 331-8160
E-Mail       smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $68.19 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $68.19 |



# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 5/1/2014 - 5/31/2014    Susan M. Gray

**Contact**    Ms. Sherry Loy

| Result | Date | Time | Duration | Regarding & Details |
|---|---|---|---|---|
| Incurred | 5/15/2014 | 12:13 PM | 0 minutes | Costs: .69 postage (billing) |

# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 5/1/2014 - 5/31/2014

To-do Done     5/13/2014     1:23 PM     16 minutes


# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 5/1/2014 - 5/31/2014

Review inquiry by e-mail; reveiw trsutee website and respond to e-mail with recommendation

Contents of E-Mails redacted--Attorney Client Privilege

Attorney at Law
22255 Center Ridge Road Suite 210
Rocky River, OH 44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com <mailto:smgray@smgraylaw.com>

**From:** Sherry Loy [<mailto:sannloy@hotmail.com>]
**Sent:** Tuesday, May 13, 2014 12:27 PM
**To:** Susan Gray
**Subject:** RE: Accounting question

To: smgray@smgraylaw.com <mailto:smgray@smgraylaw.com>
Subject: RE: Accounting question
Date: Sun, 4 May 2014 12:15:57 -0400
Hi Susan,



# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 5/1/2014 - 5/31/2014

**Total time** 16 minute(s)

Created 6/18/2014 at 11:12 AM