**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10536
**Invoice Date:** 9/1/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 9/1/2014 | Costs and fees 6/1/14-8/31/14--Billing folder 6 | | 540.44 | 540.44 |
| | | * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | _____ Signature | | | |
| | | _____ Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #  (440) 331-3949
Fax:         (440) 331-8160
E-Mail     smgray@smgraylaw.com

| Total | $540.44 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $540.44 |

# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 6/1/2014 - 8/31/2014  Susan M. Gray

**Contact**     Ms. Sherry Loy

| Result | Date | Time | Duration | Regarding & Details |
|---|---|---|---|---|
| To-do Done | 8/28/2014 | 4:15 PM | 1 hour 10 | Review docket and deadlines; conference with Ms. Loy regarding status of employment and status of funding;<br>**Review information on trustee's EPIQ website and confirm receipt of payment; prepare motion for moratorium with exhibits; prepare notice of motion; calendar for follow up.**<br>See Notes |
| Meeting Held | 8/21/2014 | 1:00 PM | 10 minutes | Hearing on Trustee's motion to dismiss--Confirm not required to attend; note follow up date and review for moratorium |
| Recorded | 8/14/2014 | 3:54 PM | 0 minutes | Deadline to file response to Trustee's motion to dismiss<br>Completed yesterday |
| To-do Done | 8/13/2014 | 3:53 PM | 45 minutes | Prepare letter to trustee sending money orders in amount of $1,000.00; review EPIQ and documents supplied by Ms.Loy; prepare response to trustee motion<br>File response as well |
| Appointment Completed | 8/12/2014 | 3:01 PM | 4 minutes | Conference with Ms. Loy regarding motion to dismiss; explain what we need for follow up |

**Total time**  2 hour(s) 9 minute(s)



# History/Time Spent

Susan M. Gray, Gray, Susan
22255 Center Ridge Road
Suite 210
Rocky River, Oh 44116-3979

*Date Range:* 6/1/2014 - 8/31/2014   Erin Carek

| Contact | | | | Ms. Sherry Loy |
|---|---|---|---|---|
| **Result** | **Date** | **Time** | **Duration** | **Regarding & Details** |
| Call Completed | 7/30/2014 | 12:06 PM | 2 minutes | Left message alerting Ms. Loy about trustee's motion to dismiss; explained that making a payment is the best way to avoid dismissal; asked her to call us to discuss |
| Incurred | 6/24/2014 | 4:53 PM | 0 minutes | Costs: .69 postage (billing) |

**Total time**   2 minute(s)