

# Susan M Gray Law Offices Inc.

22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10579
**Invoice Date:** 10/6/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 9/16/2014 | Based on conversation with office of Chapter 13 trustee that Court granted motion for moratorium and trustee will withdraw motion to dismiss, prepared and uploaded order; also informed Ms. Loy by e-mail | 0.25 | 250.00 | 62.50 |
| SMG | 9/18/2014 | Hearing on Trustee's motion to dismiss and our motion for moratorium--Confirmed with office of trustee; Prepare Order | 0.08333 | 250.00 | 20.83 |
| SMG | 9/22/2014 | Check docket to see if order yet entered; may not have been uploaded but is prepared; review and upload; correspond with Ms. Loy regarding status | 0.25 | 250.00 | 62.50 |
| Costs | 9/25/2014 | Costs: Postage $0.69 (billing) | | 0.69 | 0.69 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

**Phone #** (440) 331-3949

**Fax:** (440) 331-8160

**E-Mail** smgray@smgraylaw.com

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

13-13755-aih    Doc 68-6    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 1 of 2

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10579
**Invoice Date:** 10/6/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * <br> I reviewed this invoice and I consent to the payment of these fees. <br><br> Signature <br><br> _5/13/2016_ <br> Date <br><br> * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #  (440) 331-3949

Fax:       (440) 331-8160

E-Mail   smgray@smgraylaw.com

| Total | $146.52 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $146.52 |

13-13755-aih    Doc 68-6    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 2 of 2