**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 10735
**Invoice Date:** 12/1/2014

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Costs | 10/8/2014 | Costs: $.48 postage (billing) - | | 0.48 | 0.48 |
| SMG | 10/15/2014 | Check to see why fee application hasn't been approved yet; prepared and submitted order on fee application - | 0 | 0.00 | 0.00 |
| EC | 11/20/2014 | Legal research on Ocwen Complaint in Florida Courts - | 1 | 75.00 | 75.00 |
| | | * * * * * * * * * * * * * * * * * * * * *<br>I reviewed this invoice and I consent to the payment of these fees.<br><br>_____<br>Signature<br><br>_____<br>Date<br><br>* * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone #   (440) 331-3949
Fax:          (440) 331-8160
E-Mail      smgray@smgraylaw.com

**Total** $75.48

**Payments/Credits** $0.00

**Balance Due** $75.48