# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 10883
Invoice Date: 3/1/2015

| Terms |
| --- |
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Costs | 12/10/2014 | Costs: $0.48 postage (billing) | | 0.48 | 0.48 |
| RP | 2/23/2015 | Review Motion to Dismiss with Sanctions | 0.2 | 75.00 | 15.00 |
| RP | 2/24/2015 | Contact Ms. Loy to inform her about Motion to Dismiss with Sanctions | 0.1 | 75.00 | 7.50 |
| RP | 2/24/2015 | Send e-mail to Ms. Loy to inform her about Motion to Dismiss | 0.1 | 75.00 | 7.50 |

* * * * * * * * * * * * * * * * * * * * *

I reviewed this invoice and I consent to the payment of these fees.

_____
Signature

_5/13/2016_
Date

* * * * * * * * * * * * * * * * * * * * *

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
| --- | --- |
| Total | $30.48 |
| Payments/Credits | $0.00 |
| Balance Due | $30.48 |