

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 10924
Invoice Date: 4/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RP | 3/6/2015 | Contact Ms. Loy to remind her about payment due | 0.1 | 75.00 | 7.50 |
| Costs | 3/9/2015 | Costs: $0.48 postage for billing | | 0.48 | 0.48 |
| SMG | 3/10/2015 | Review notes related to motion to dismiss; review trustee website to see if payment has posted; send reminder by e-mail to Ms. Loy | 0.1 | 250.00 | 25.00 |
| SMG | 3/12/2015 | E-mail discussion to brainstorm about logistics of delivering funds for trustee | 0.1 | 250.00 | 25.00 |
| SMG | 3/12/2015 | Deadline to respond to Motion to Dismiss (deadline is March 12)--Prepare drafts in anticipation of Ms.Loy's payment, including checking EPIQ to confirm amount and checking PACER for electronic service update | 0.3 | 250.00 | 75.00 |
| SMG | 3/12/2015 | Meet with Ms. Loy to discuss issues and prospects and discuss case--No charge | 0 | 0.00 | 0.00 |
| SMG | 3/19/2015 | Prepare for and attend Hearing on Motion to Dismiss | 0.5 | 250.00 | 125.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

**Total**

**Payments/Credits**

**Balance Due**

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

Page 1

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 10924
Invoice Date: 4/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 3/20/2015 | Telephone call to report on trustee demand and adjournment of hearing and make plans for follow up | 0.2 | 250.00 | 50.00 |
| SMG | 3/30/2015 | Review e-mail from Ms. Loy regarding employment status and funding for plan; respond and make notes for follow up | 0.1 | 250.00 | 25.00 |
| | | * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | _____ Signature | | | |
| | | 5/13/2016 Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| Total | $332.98 |
| Payments/Credits | $0.00 |
| Balance Due | $332.98 |

13-13755-aih    Doc 68-9    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 2 of 2