09

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 10963
Invoice Date: 5/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 4/28/2015 | Review website now provided by trustee to try to determine status of funding; send e-mail to Ms. Loy and to trustee to get information | 0.3 | 250.00 | 75.00 |
| RP | 4/29/2015 | Prepare letter and forward payment to Trustee and also notify by e-mail | 0.2 | 75.00 | 15.00 |
|  |  | * * * * * * * * * * * * * * * * * * * * * * |  |  | 0.00 |
|  |  | I reviewed this invoice and I consent to the payment of these fees. <br><br> Signature _[signature]_ <br><br> Date 5/13/2016 <br><br> * * * * * * * * * * * * * * * * * * * * * * |  |  |  |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $90.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $90.00 |