**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 11001
Invoice Date: 6/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RP | 5/4/2015 | E-mail correspondence regarding the situation of the her case | 0.2 | 75.00 | 15.00 |
| SMG | 5/5/2015 | Reached Ms. Loy by telephone and discussed trustee's offer--she is ok with it but I am not sure I understand fully the terms; told her I would check with him and she will call me tomorrow at 2; sent e-mail to trustee to confirm offer | 0.2 | 250.00 | 50.00 |
| SMG | 5/6/2015 | Confirmed settlement with trustee and with Ms. Loy--trustee will report the settlement | 0.2 | 250.00 | 50.00 |
| RP | 5/15/2015 | Check Trustee's EPIQ website for payment and send e-mail reminder to Ms. Loy about it | 0.2 | 75.00 | 15.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11001
**Invoice Date:** 6/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | _[signature]_ | | | |
| | | Signature | | | |
| | | 5/13/2016 | | | |
| | | Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $130.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $130.00 |