# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210  
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11040  
**Invoice Date:** 7/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy  
4512 West 172th St.  
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RP | 6/5/2015 | Send reminder about monthly payment due - | 0.1 | 75.00 | 7.50 |
| EC | 6/15/2015 | Send e-mail to follow up on monthly payment coming up at the end of the month - | 0.1 | 75.00 | 7.50 |
| EC | 6/16/2015 | Check status of account on Trustee site; Follow up regarding monthly payment to trustee - | 0.2 | 75.00 | 15.00 |
| EC | 6/19/2015 | Follow up regarding monthly plan payment to trustee - | 0.1 | 75.00 | 7.50 |
| EC | 6/23/2015 | Follow up regarding monthly payment by certified mail - | 0.2 | 75.00 | 15.00 |
| Costs | 6/25/2015 | Costs: 3.94 postage (certified letter sent to Ms. Loy regarding monthly plan payments) - |  | 3.94 | 3.94 |
| EC | 6/26/2015 | Check delivery status of certified letter - no charge - | 0 | 0.00 | 0.00 |

Attorneys: SMG, JNB, MBR, JEM  
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone #  (440) 331-3949  
Fax:      (440) 331-8160  
E-Mail    smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

13-13755-aih    Doc 68-12    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 1 of 2

Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11040
**Invoice Date:** 7/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * *<br>I reviewed this invoice and I consent to the payment of these fees.<br><br>_____<br>Signature<br><br>_____<br>Date<br><br>* * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone #  (440) 331-3949
Fax:  (440) 331-8160
E-Mail  smgray@smgraylaw.com

| | |
|---|---|
| Total | $56.44 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $56.44 |