## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 11075
Invoice Date: 8/1/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EC | 7/10/2015 | Follow up phone call if needed - no charge | 0 | 0.00 | 0.00 |
| EC | 7/13/2015 | Receive plan payment of $745; prepare correspondence to trustee and mail check; prepare email correspondence to trustee to confirm payment by mail | 0.2 | 75.00 | 15.00 |

*[signature]* 5/13/2016

| | |
|---|---|
| Total | $15.00 |
| Payments/Credits | $0.00 |
| Balance Due | $15.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com