# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 11151
Invoice Date: 10/2/2015

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 9/21/2015 | Trustee sent default letter dated 9/11/15, so deadline to pay is 10/1/15. Ms. Loy has sent an e-mail noting receipt, I responded with precise calculations and deadline; noted calendar | 0.25 | 250.00 | 62.50 |
| SMG | 9/28/2015 | Letter to trustee enclosing payment 3,703.00--also inform by e-mail | 0.3 | 250.00 | 75.00 |
| Costs | 9/28/2015 | Costs: postage .71 | | 0.71 | 0.71 |
| | | * * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

I reviewed this invoice and I consent to the payment of these fees.

_[signature]_
Signature

_5/13/2016_
Date

* * * * * * * * * * * * * * * * * * * * * *

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax (440) 331-8160
E-Mail smgray@smgraylaw.com

| Total | $138.21 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $138.21 |