

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11193
**Invoice Date:** 11/1/2015

| Terms |
| --- |
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| SMG | 10/1/2015 | Absolute deadline to pay trustee--Attempt to confirm receipt of funds by trustee - | 0.1 | 250.00 | 25.00 |
| MLB | 10/28/2015 | Email to Ms. Loy to follow up on signing and returning consent - | 0.1 | 75.00 | 7.50 |
| | | * * * * * * * * * * * * * * * * * * * * * * I reviewed this invoice and I consent to the payment of these fees. | | | 0.00 |

Signature _____

Date ___5/13/2016___

* * * * * * * * * * * * * * * * * * * * * *

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone #   (440) 331-3949

Fax:        (440) 331-8160

E-Mail    smgray@smgraylaw.com

| | |
| --- | --- |
| **Total** | **$32.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$32.50** |

13-13755-aih    Doc 68-16    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 1 of 1