16

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 11295
Invoice Date: 1/8/2016

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MLB | 12/4/2015 | Receive plan payment of $2500; prepare correspondence to trustee and mail checks; prepare Email correspondence to trustee to confirm payment by mail | 0.3 | 75.00 | 22.50 |
| | | * * * * * * * * * * * * * * * * * * * * * I reviewed this invoice and I consent to the payment of these fees.<br><br>_____<br>Signature<br><br>5/13/2016<br>Date<br><br>* * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| Total | $22.50 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $22.50 |