17

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11352
**Invoice Date:** 2/1/2016

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 1/21/2016 | Review plan and disbursement History to plan for next steps in case; send information by e-mail with tentative recommendation and request to meet | 2.5 | 250.00 | 625.00 |
| SMG | 1/25/2016 | Meet to review options--make some decisions and plan for further discussion | 1 | 250.00 | 250.00 |
| | | * * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | [signature] | | | |
| | | Signature | | | |
| | | 5/13/2016 | | | |
| | | Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | **$875.00** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$875.00** |