

## Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

Invoice #: 11404
Invoice Date: 3/9/2016

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 2/1/2016 | Begin work to prepare motion to avoid lien worldwide asset purchasing | 0.3 | 275.00 | 82.50 |
| SMG | 2/10/2016 | Subject: Property taxes and avoiding lien of WWAP--Send e-mail to Ms. Loy with inquiry and status report | 0.1 | 275.00 | 27.50 |
| SMG | 2/10/2016 | Review schedules, notes and public websites to prepare and file motion to avoid lien of Worldwide Asset Purchasing in Residence | 2.3 | 250.00 | 575.00 |
| | | * * * * * * * * * * * * * * * * * * * * | | | 0.00 |
| | | I reviewed this invoice and I consent to the payment of these fees. | | | |
| | | _[signature]_ Signature | | | |
| | | 5/13/2016 Date | | | |
| | | * * * * * * * * * * * * * * * * * * * * | | | |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| Total | $685.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $685.00 |