# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11458
**Invoice Date:** 4/4/2016

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 3/3/2016 | Regarding hearing Motion to Avoid Lien World Wide Asset Purchasing--Confirm on docket that motion granted; calendar for order preparation - | 0.1 | 250.00 | 25.00 |
| SMG | 3/17/2016 | Cover letter to trustee enclosing certified funds; forward copy to Ms.Loy - | 0.2 | 250.00 | 50.00 |
| Costs | 3/17/2016 | Costs--Postage to mail funds to trustee--$6.45 - | | 6.45 | 6.45 |
| MLB | 3/21/2016 | Letter to Sherry enclosing past-due consents - | 0.2 | 75.00 | 15.00 |
| Costs | 3/21/2016 | Costs: $2.08 postage for mailing consents - | | 2.08 | 2.08 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone #   (440) 331-3949
Fax:        (440) 331-8160
E-Mail     smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

Page 1

13-13755-aih    Doc 68-20    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 1 of 2

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11458
**Invoice Date:** 4/4/2016

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * *<br>I reviewed this invoice and I consent to the payment of these fees.<br><br>_____<br>Signature<br><br>_____<br>Date<br><br>* * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| Total | $98.53 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $98.53 |

Page 2

13-13755-aih    Doc 68-20    FILED 05/21/16    ENTERED 05/21/16 17:13:04    Page 2 of 2