**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice

**Invoice #:** 11503
**Invoice Date:** 5/17/2016

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |

Ms Sherry Loy
4512 West 172th St.
Cleveland OH 44135

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 4/12/2016 | Examine county website regarding taxes due; examine certificate filings; Send analysis of situation by e-mail with recommendations for follow up<br>- | 1.3 | 250.00 | 325.00 |
| SMG | 4/20/2016 | Meet regarding accounting in 13--Not Held; medical emergency; Ms. Loy e-mailed to cancel<br>- | 0 | 0.00 | 0.00 |
| | | * * * * * * * * * * * * * * * * * * * * *<br>I reviewed this invoice and I consent to the payment of these fees.<br><br>_____<br>Signature<br><br>_____<br>Date<br><br>* * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MLB, MVG, ACW, ES, CC, CP, EC, NR, RP

Phone #   (440) 331-3949
Fax:           (440) 331-8160
E-Mail     smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $325.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $325.00 |