OFFICE OF THE CHAPTER 13 TRUSTEE
CRAIG SHOPNECK, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
## For the period June 01, 2015 through May 31, 2016

Case No: 13-13755-aih                    Filed: May 23, 2013

Debtor:  SHERRY LOY
         4512 W 172ND ST

         CLEVELAND, OH  44135

Attorney: SUSAN M GRAY                   Required Plan Payment:   $741.80 MONTHLY
          (440) 331-3949

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | | |
|---|---:|---:|---:|
| Plan Payments Received: | | | 54,272.46 |
| Disbursements: | | | |
|     Principal | 24,218.78 | | |
|     Interest | 6,186.50 | | |
|     Attorney Fee | 0.00 | | |
|     Trustee Fee | 2,661.42 | | |
| | | 33,066.70 | |
| Funds on Hand: | | 21,205.76 | |
| | | | 54,272.46 |



CASE NO: 13-13755-aih
DEBTOR: SHERRY A LOY

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jul 16, 2015 | 745.00 | Oct 01, 2015 | 700.00 | Oct 01, 2015 | 1,000.00 | Oct 01, 2015 | 3.00 | Oct 01, 2015 | 1,000.00 |
| Oct 01, 2015 | 1,000.00 | Dec 11, 2015 | 250.00 | Dec 11, 2015 | 1,000.00 | Dec 11, 2015 | 1,000.00 | Jan 19, 2016 | 745.00 |
| Mar 21, 2016 | 32,000.00 | May 18, 2016 | 1,000.00 | May 18, 2016 | 1,000.00 | May 18, 2016 | 1,000.00 | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | QUANTUM3 GROUP LLC | 7444 | Unsecured | 6.00 | .00 |
| 002 | QUANTUM3 GROUP LLC | 0011 | Unsecured | 1.65 | .00 |
| 003 | QUANTUM3 GROUP LLC | 0119 | Unsecured | 66.34 | .00 |
| 004 | QUANTUM3 GROUP LLC | 6542 | Unsecured | 510.73 | .00 |
| 005 | CAVALRY SPV I LLC | 3029 | Unsecured | 15.95 | .00 |
| 006 | RJM ACQUISITIONS LLC | 4590 | Unsecured | 8.72 | .00 |
| 007 | PROPEL FINANCIAL SERVICES LLC | 6889 | Secured | 2,035.90 | 178.45 |
| 007A | PROPEL FINANCIAL SERVICES LLC | 6889 | Secured | 4,303.16 | .00 |
| 007NA | PROPEL FINANCIAL SERVICES LLC | 6889 | Unsecured | .00 | .00 |
| 008 | JEFFERSON CAPITAL SYSTEMS LLC | 6923 | Unsecured | 55.30 | .00 |
| 008NA | JEFFERSON CAPITAL SYSTEMS LLC | | Unsecured | .00 | .00 |
| 009 | CUYAHOGA COUNTY TREASURERS OFFICE | ####2038 | Secured | 242.78 | .00 |
| 010 | CUYAHOGA COUNTY TREASURERS OFFICE | ####1410 | Secured | 185.71 | .00 |
| 011 | GOLDEN OAKS CONDOMINIUM OWNERS | 5001 | Secured | 7,059.82 | 489.34 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES LLC | 1038 | Unsecured | 17.61 | .00 |
| 013 | CITY OF CLEVELAND | ####0000 | Unsecured | 17.96 | .00 |
| 014 | ATTORNEY GENERAL OF STATE OF OHIO | 0465 | Priority | 749.01 | .00 |
| 014A | ATTORNEY GENERAL OF STATE OF OHIO | ####7363 | Unsecured | 74.38 | .00 |
| 014NA | OHIO DEPARTMENT OF TAXATION | | Unsecured | .00 | .00 |
| 015 | WOODS COVE II LLC | 2305 | Secured | .00 | 3,116.16 |
| 015NA | DANIEL C WOLTERS | | Unsecured | .00 | .00 |
| 016 | WOODS COVE II LLC | 2305 | Secured | .00 | .00 |
| 799 | SUSAN M GRAY | | Attorney Fees | .00 | .00 |
| | PALISADES COLLECTIONS LLC | | Unsecured | .00 | .00 |
| | OCWEN LOAN SERVICING | | Unsecured | .00 | .00 |
| | ATTORNEY GENERAL STATE OF OHIO | ####6168 | Unsecured | .00 | .00 |
| | OHIO BELL TELEPHONE COMPANY | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 7,493.44 | 2,148.75 |

774          0011000100018203020000