# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: Sherry Loy ) Case No. 13-13755
      Debtor ) Chapter 13 Proceedings
) Judge Arthur I. Harris

## CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Now comes CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee herein, by and through counsel, and hereby moves this Honorable Court to issue an Order requiring Sherry Loy to appear for examination pursuant to Bankruptcy Rule 2004. In support of his motion, the Trustee makes the following representations to the Court:

1. On May 23, 2013, the Debtor filed for bankruptcy relief under Chapter 13 of the Bankruptcy Code.

2. The Trustee is examining the Debtor's income and financial situation.

3. Debtor is requested to bring to this exam the following for delivery to the Trustee:

   - Documentation regarding any funds that Debtor obtained through gambling or lotteries from May 23, 2013 through May 31, 2016, including the date, gross amount of winnings, net amount of winnings and proof of taxes withheld;
   - Copies of any and all 1099-G statements issued to the Debtor from May 23, 2013 through May 31, 2016;
   - Copy of the Debtor's filed federal tax return, including all schedules filed with the return, for the years 2013, 2014 and 2015;

WHEREFORE, your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant his motion and order Sherry Loy to appear for examination for the reasons cited and to supply the documents requested.

                                                  /S/ Craig Shopneck
                                                  CRAIG SHOPNECK (#0009552)
                                                  Chapter 13 Trustee
                                                  200 Public Square, Ste 3860
                                                  Cleveland OH 44114-2321
                                                  Phone (216) 621-4268   Fax (216) 621-4806
                                                  Ch13shopneck@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on June 13, 2016, copies of this Trustee's Motion For Examination Pursuant to Bankruptcy Rule 2004 were served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Susan M. Gray, on behalf of Sherry Loy, Debtor, at ecf@smgraylaw.com

And by regular U.S. Mail, postage prepaid, on:

Sherry Loy, Debtor, at 4512 West 172nd Street, Cleveland, OH  44135


        /S/ Craig Shopneck
        CRAIG SHOPNECK (#0009552)

CS/mg
06/10/16