**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 13, 2016, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated:  June 13, 2016

Entered pursuant to Administrative
Order No. 02-10, Kenneth J. Hirz,
Clerk of Bankruptcy Court
By:  /s/ Michael Gaughan
          Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re:   Sherry Loy | ) Case Number 13-13755 |
|             Debtor | ) Chapter 13 Proceedings |
| | ) Judge Arthur I. Harris |

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Upon consideration of the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004, and for good cause shown:

**IT APPEARS** to the Court that the Trustee's Motion for examination pursuant to Bankruptcy Rule 2004 is well taken, and will be granted.

**IT IS ORDERED** that, pursuant to the Trustee's Motion, Sherry Loy will appear for examination pursuant to Bankruptcy Rule 2004 at the following time and place:

Monday, June 27, 2016, at 10:00 AM
Office of Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH  44114

**IT IS FURTHER ORDERED** that Sherry Loy is required to bring the following documents to this examination:

1. Documentation regarding any funds that Debtor obtained through gambling or lotteries from May 23, 2013 through May 31, 2016, including the date, gross amount of winnings, net amount of winnings and proof of taxes withheld;
2. Copies of any and all 1099-G statements issued to the Debtor from May 23, 2013 through May 31, 2016;
3. Copy of the Debtor's filed federal tax return, including all schedules filed with the return, for the years 2013, 2014 and 2015;

Submitted by:

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268
Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee
(served via ECF)

Susan M. Gray, Attorney for Debtor
(served via ECF)

Sherry Loy
4512 West 172nd Street
Cleveland OH 44135

CS/mg
06/10/16

###