The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 23, 2016, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 23, 2016**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Sherry Loy<br><br>　　　　Debtor | Chapter 13<br><br>Case No. 13-13755<br><br>Judge Arthur I. Harris<br><br>**Order on Motion to Avoid Judicial Lien of Worldwide Asset Purchasing, LLC (Docket 66)** |

This matter came before the Court on the Motion by Sherry Loy, pursuant to the provisions of 11 U.S.C. § 522(f)(1) and (2), to avoid the of Worldwide Asset Purchasing, Judicial Lien No JL-08-321536, filed with the Cuyahoga County Court of Common Pleas. The lien is on her personal residence claimed as exempt under Ohio Rev. Code 2329.66(A)(1).

Ms. Loy has alleged that Worldwide Asset Purchasing, LLC, the trustee, and all other necessary parties were served with the Motion and also were served with notice of the deadline to oppose the Motion. No party filed a response or otherwise appeared in opposition to the Motion. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion to Avoid lien is Granted; the security interest claimed by Worldwide Asset Purchasing is hereby avoided and Worldwide Asset Purchasing shall have no further interest in the referenced collateral.

IT IS FURTHER ORDERED that a certified copy of this order, accompanied by a copy of the order of discharge, filed with the Cuyahoga County Clerk of Courts may serve to release the lien referenced in this Order.

###

Order submitted by

/s/Susan M. Gray
Susan M. Gray (0062356)
22255 Center Ridge Road, Suite 210
Rocky River, OH 44116
440-331-3949
440-331-8160
smgray@smgraylaw.com

Counsel for Ms. Loy

## Service

The following is the list of parties who are currently on the list to receive email notice/service for this case.

Amanda Aquino Barreto     abarreto@ottesq.com

Susan M Gray     ecf@smgraylaw.com, sgrayecfmail@gmail.com

Scott W. Paris     bankruptcy@weinerlaw.com

Craig H. Shopneck     ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

United States Trustee     (Registered address)@usdoj.gov

Daniel C. Wolters     amps@manleydeas.com, dcwolters@manleydeas.com

In addition, the following shall be served by regular United States Mail:

| | | |
|---|---|---|
| Propel Financial 1, LLC<br>c/o Propel Financial Services, LLC<br>Attn: Mary Doggett<br>7990 IH 10 West<br>Suite 200<br>San Antonio, TX 78230 | Propel Financial Services, LLC<br>Attn: Mary Doggett<br>7990 IH 10 West<br>Suite 200<br>San Antonio, TX 78230 | Quantum 3 Group LLC<br>As agent for Galaxy Portfolios, LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Sarah A. Okrzynski, Esq.<br>PO Box 18638<br>Erlanger, KY  41018 | Worldwide Asset Purchasing, LLC<br>Successor in Interest to Direct Merchant Bank N.A.<br>9911 Covington Cross Drive<br>Las Vegas, NV  89144 | CSC-Lawyers Incorporating Service<br>(Corporation Service Company)<br>Agent Worldwide Asset Purchasing II, LLC<br>50 W. Broad Street; Suite 1800<br>Columbus, OH  43215 |