The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 27, 2017, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 27, 2017**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Sherry A. Loy | ) Case Number: 13-13755 |
| | | ) Chapter 13 Proceedings |
| | Debtor | ) Judge Arthur I. Harris |

### AGREED ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN

This matter came before this Honorable Court for hearing on the Motion to Modify Confirmed Plan (the "Motion") and Trustee's objection thereto.

By consent of the parties herein, by and through their undersigned counsel, this Court hereby finds as follows:

**THAT** the parties are prepared to enter into an agreed order granting the Motion.

**IT IS, THEREFORE, ORDERED** that pending Debtor's resolution of the claims of Quantum3 Group LLC, Cavalry SPV, LLC and Portfolio Recovery Associates LLC, Trustee is hereby authorized to use the funds on hand to pay all remaining claims in full at a dividend of 100%.

Agreed and Submitted by:

| | |
|---|---|
| /S/ Philip D. Lamos | /S/ Susan M. Gray |
| PHILIP D. LAMOS (#0066844) | SUSAN M. GRAY (#0062356) |
| Attorney for Lauren A. Helbling, | Attorney for Debtor |
| Chapter 13 Trustee | Amtrust Bank Building, Suite 210 |
| 200 Public Square, Suite 3860 | 22255 Center Ridge Road |
| Cleveland, OH 44114-2321 | Rocky River, OH 44116 |
| Telephone: (216) 621-4268 | Telephone: (440) 331-3949 |
| Facsimile: (216) 621-4806 | Facsimile: (440) 331-8160 |
| Email: ch13trustee@ch13cleve.com | Email: smgray@smgraylaw.com |

## SERVICE LIST

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Lauren A. Helbling, Chapter 13 Trustee, at ch13trustee@ch13cleve.com
- Susan M. Gray, on behalf of Sherry A. Loy, Debtor, at ecf@smgraylaw.com
- Christopher P. Kennedy, on behalf of Galaxy Portfolios LLC, at bankruptcy@carlisle-law.com
- Amanda Aquino Barreto, on behalf of Golden Oaks Condo Unit Owners Association, at abarreto@ottesq.com
- Christopher P. Kennedy, on behalf of, MOMA Funding LLC, at bankruptcy@carlisle-law.com
- Scott W. Paris, on behalf of, Plymouth Park Tax Services LLC, at bankruptcy@weinerlaw.com

And by regular U.S. mail, postage prepaid, on:

- Sherry A. Loy, Debtor at 4512 West 172nd Street, Cleveland, OH 44135
- Cavalry Portfolio Services, at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595
- City of Cleveland, Division of Water, at Utilities Building, 1201 Lakeside Avenue, Cleveland, OH 44114-1132
- Leonard A. Cuilli, at 75 Public Square, 4th Floor, Cleveland, OH 44113
- Matthew P. Curry, Esq., at P.O. Box 165028, Columbus, OH 43216
- Cuyahoga County Fiscal Office, at 1219 Ontario Street, Cleveland, OH 44113
- Galaxy Portfolios LLC c/o Quantum3Group, at P.O. Box 788, Kirkland, WA 98033-0788
- Golden Oaks Condo Unit Owners Associates c/o Ott & Associates Co., LPA, at 1300 East 9th Street, Suite 1520, Cleveland, OH 44114
- Kim M. Hammond, Esq., at 75 Public Square, 4th Floor, Cleveland, OH 44113
- Javitch Block & Rathbone, at 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114
- Jefferson Capital Systems LLC, at P.O. Box 7999, St. Cloud, MN 56302-9617
- Kaman & Cusimano LLC, at 2000 Terminal Tower, 50 Public Square, Cleveland, OH 44113
- MOMA Funding LLC c/o Quantum3 Group LLC, at 1524 Market Street, Suite 200, Kirkland, WA 98033
- Ocwen, at P.O. Box 6440, Carol Stream, IL 60197
- Ohio Department of Taxation, Bankruptcy Division, at P.O. Box 530, Columbus, OH 43216
- Ott &Associates Co. LPA, at 55 Public Square, Suite 1400, Cleveland, OH 44113
- Palisades Collections, LLC, Vativ Recovery Solutions LLC dba SMC as agent for Palisades Collection LLC, at P.O. Box 40728, Houston, TX 77240-0728
- Plymouth Park Tax Services, at 300 Convergence Way, Floor 1, Whippany, NJ 07981

Plymouth Park Tax Services, LLC, at 35 Airport Road, Suite 150, Morristown, NJ 07960
Portfolio Recovery Associates, LLC, at P.O. Box 12914, Norfolk, VA 23541
Clinton E. Preslan, at P.O. Box 16323, Rocky River, OH 44116
Clinton E. Preslan, Esq., at 4725 Grayton Road, Cleveland, OH 44135
Propel Financial 1, LLC c/o Propel Financial Services, LLC, Attention: Mary Doggett, at 7990 IH 10 West, Suite 200, San Antonio, TX 78230
Quantum3 Group LLC as agent for CF Medical LLC, at P.O. Box 788, Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for Capio Partners LLC, at P.O. Box 788, Kirkland, WA 98083-0788
Quantum 3 Group LLC as agent for Galaxy Portfolios LLC, at P.O. Box 788, Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for MOMA Funding LLC, at P.O. Box 788, Kirkland, WA 98083-0788
RJM Acquisitions LLC, at 575 Underhill Boulevard, Suite 224, Syosset, NY 11791
State of Ohio Department of Taxation, at P.O. Box 2057, Columbus, OH 43270-2157
The Ohio Bell Company c/o AT&T Services, Inc., James Grudus Esq., at One AT&T Way, Room 3A218, Bedminster, NJ 07921
Wells Fargo Bank, NA successor by merger to WFBank Minn, NA, Trustee c/o Ocwen Loan Servicing, LLC, at 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409
Woods Cove II, LLC, Delinquent Tax Department, at 1219 Ontario Street, Cleveland, OH 44113
Woods Cove III, LLC, File 1411, at 1801 West Olympic Boulevard, Pasadena CA, 91199-1558
Worldwide Asset Purchasing II LLC, at 101 Convention Center 850, Las Vegas, NV 89101
Worldwide Asset Purchasing, LLC, Buyer of Direct Merchant Bank Claim, at 9911 Covington Cross Drive, Las Vegas, NV 89144
Worldwide Asset Purchasing, LLC successor in interest to Direct Merchant Bank NA, at 101 Convention Center Road, Las Vegas, NV 89144

###